## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Bankruptcy Procedure 8015(h), the undersigned certifies that the above motion complies with the applicable type-volume limitation of Federal Rule of Bankruptcy Procedure 8013(f)(3)(A) because, excluding the parts of the memorandum exempted by Federal Rule of Bankruptcy Procedure 8015(g), this brief contains 5,134 words. The above motion also complies with the typeface and type-style requirements of Federal Rule of Bankruptcy Procedure 8013(f)(2).

Date: October 18, 2020

*/s/ Peter Friedman*
Peter Friedman
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Facsimile:    (212) 326-2061

*Counsel to Appellant California Department of Toxic Substances Control*