## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EXIDE HOLDINGS, INC., et al., | : | Case No. 20-11157 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| _____ | : | |
| | : | |
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 20-1402-RGA |
| | : | |
| EXIDE HOLDINGS, INC., et al., | : | |
| | : | |
| Appellees. | : | |

## <u>RECOMMENDATION</u>

At Wilmington this **9**[th] day of **November, 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Pursuant to this court's order of October 23, 2020, the parties to this appeal

responded through a joint letter on November 6, 2020.[1]

The parties had previously participated in an extensive multiparty mediation which concerned the same issues that Appellant intends to raise on this appeal. That mediation was unsuccessful. As a result, in light of this prior experience and the current posture of the underlying bankruptcy, it is unlikely that mandatory mediation would result in any consensual resolution of this appeal.

The parties request, should this matter be removed from mandatory mediation, that the following briefing schedule be entered:

| | |
|---|---|
| Appellant's Opening Brief | November 18, 2020 |
| Appellees' Answering Brief | December 21, 2020 |
| Appellant's Reply Brief | January 5, 2021 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections to this Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1, are anticipated because it is consistent with the parties' joint request.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge

---

[1] This joint letter was docketed as instructed since it dealt with mediation, but was emailed to this judge and her judicial assistant.

2