# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXIDE HOLDINGS, INC., *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-11157 (CSS)<br><br>Jointly Administered |
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>                      Appellant,<br>  v.<br><br>EXIDE HOLDINGS, INC., *et al.*,<br><br>                      Appellees. | On Appeal from the U.S. Bankruptcy Court for the District of Delaware<br><br>Civil Action No. 20-1402-RGA |

### REQUEST FOR ORAL ARGUMENT OF APPELLANT
### CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL

      Appellant California Department of Toxic Substances Control ("DTSC") hereby respectfully requests oral argument on its appeal from the Order of the United States Bankruptcy Court for the District of Delaware entitled *Order Confirming Fourth Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and its Affiliated Debtors*, dated October 16, 2020 ("Confirmation Order"). DTSC's Notice of Appeal from the Confirmation Order is Docket No. 1 and briefing on the appeal was completed as of February 26, 2021.

Dated:  March 3, 2021                              Respectfully submitted,

                                                **CHIPMAN BROWN CICERO & COLE, LLP**

                                                */s/ Gregory E. Stuhlman*
Paul D. Brown (No. 3903)
Gregory E. Stuhlman (No. 4765)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:   (302) 295-0199
Email:   brown@chipmanbrown.com
         stuhlman@chipmanbrown.com

-and-

**O'MELVENY & MYERS LLP**
Nancy A. Mitchell
Matthew L. Hinker (No. 5348)
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061
Email:   nmitchell@omm.com
         mhinker@omm.com

Peter Friedman
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414
Email:   pfriedman@omm.com

-and-

**CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL**

Xavier Becerra
ATTORNEY GENERAL OF CALIFORNIA
David Zonana
SENIOR ASSISTANT ATTORNEY GENERAL

Anthony A. Austin
DEPUTY ATTORNEY GENERAL
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone:  (916) 210-7245
Email:   anthony.austin@doj.ca.gov

*Counsel to Appellant
California Department of
Toxic Substances Control*